UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D8, BRUCE EVANS,

        Defendant.
_____/

Case No. 10-cr-20218
Hon. Matthew F. Leitman

## **ORDER OF DISMISSAL**

The Court, having considered the government's motion to dismiss the First Superseding Indictment against Bruce Evans, hereby grants the motion to dismiss.

**IT IS HEREBY ORDERED** that the Motion and Brief to Dismiss, filed May 18, 2020, against that defendant be granted, that the First Superseding Indictment is dismissed as to defendant, and that defendant's appearance bond, if any, be canceled.

        /s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: September 22, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 22, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764
